

1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**
10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.: 2:15-MJ-00496-DUTY |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| | ) | 18 U.S.C. 3143(a)] |
| CATHRYN KALANI PARKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   The defendant having been arrested in this district pursuant to a "no bail" warrant issued by the United States District Court for the Northern District of California for alleged violation of the terms and conditions of her supervised release; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (X)   The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if

released under 18 U.S.C. § 3142(b) or (c). This finding is based on the prior revocations of her probation and supervised release;

and

B. (X) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on her criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: March 24, 2015

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE